```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED:  01/18/2017         │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARCO ANTONIO SANCHEZ, individually and
on behalf of all other similarly situated persons,

Index: 16-cv-4472 (JMF)

Plaintiffs,

JYP FOODS INC., d/b/a KRISTALBELLI, and JOON
KIM,
                         Defendants,
-----------------------------------------------------------------X

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFY A FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND AUTHORIZE NOTICE TO BE ISSUED TO ALL PERSONS SIMILARLY SITUATED

THE COURT HEREBY ORDERS that Plaintiff's Motion is GRANTED, and FURTHER ORDERS that:

1. The collective action notice entitled "NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN" and the "CONSENT TO BECOME A PARTY PLAINTIFF," attached hereto as Exhibit "A" and Exhibit "B," respectively, are hereby approved for mailing to potential plaintiffs;

2. The collective class of potential plaintiffs in this matter shall consist of all current and former bussers, servers, bartenders, and runners employed by JYP FOODS INC., d/b/a KRISTALBELLI at any time on or after June 14, 2013 to 1/18/2017 . [Insert date of this Order];

3. Defendants shall provide to Plaintiff, within fourteen (14) days following the date of this Order, the names, addresses, phone numbers, and email addresses of all potential plaintiffs who worked in the above positions from on or after June 14, 2013 to 1/18/2017. [XXX XXXX XXXX] This information shall be supplied in paper form, and also digitally in one of the following formats: Microsoft Excel; or Microsoft Word;

4. If a notice is returned as undeliverable, Defendants shall provide the Social Security number of that individual to Plaintiff's counsel. Any Social Security numbers so produced will be maintained by Plaintiff's counsel alone and used for the sole purpose of performing a skip-trace to identify a new mailing address for notices returned as undeliverable. All copies of Social Security numbers, including any electronic file or other document containing the numbers, will be destroyed once the skip-trace analysis is completed. Within fourteen days following the close of the opt-in period, Plaintiff's counsel will certify in writing to the Court that the terms of this Order have been adhered to and that the destruction of the data is complete.

5. Plaintiff's counsel shall mail the notice of collective action to all potential plaintiffs no later than fourteen (14) days following Defendants' disclosure of the contact information for the

potential plaintiffs;

6.  Defendants shall post the "NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN," attached hereto as Exhibit "A" and the "CONSENT TO BECOME A PARTY PLAINTIFF" form, attached hereto Exhibit "B" in a conspicuous non-public location at their place of business; and

7.  Plaintiff is permitted to mail the "DEADLINE REMINDER LETTER" thirty days before the close of the opt-in period in the form attached hereto as Exhibit "C";

8.  Plaintiff is permitted to translate (i) the "NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN," attached hereto as Exhibit "A", (ii) the "CONSENT TO BECOME A PARTY PLAINTIFF" form, attached hereto as Exhibit "B", and (iii) the "DEADLINE REMINDER LETTER", attached hereto as Exhibit "C", into Spanish and Korean within 10 days following the date of this order and include the translated documents with the mailings described herein.

9.  Plaintiff is to send The proposed Spanish and Korean translations to Defendants within 5 days prior to mailing.

10. All potential plaintiffs must opt-in no later than 60 days after the date of the mailing of the notice, by returning the executed form entitled "CONSENT TO BECOME A PARTY PLAINTIFF" to the Court before that date.

DATED this  18th  day of January , 2017

_____
    HONORABLE JESSE M. FURMAN
    UNITED STATES DISTRICT JUDGE

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCO ANTONIO SANCHEZ, individually and
on behalf of all other similarly situated persons,

                                             Index: 16-cv-4472 (JMF)


                    Plaintiffs,

JYP FOODS INC., d/b/a  KRISTALBELLI, and JOON
KIM,
                    Defendants,
-------------------------------------------------------------X

## <u>NOTICE OF LAWSUIT WITH OPPORTUNITY TO JOIN</u>


**FROM:**   **NAYDENSKIY LAW GROUP, P.C.**
            1517 Voorhies Ave, 2nd Fl., Brooklyn, New York, 11235
            Telephone: (718) 808-2224
            Email:Naydenskiylaw@gmail.com


**TO:**     All current and former bussers, servers, bartenders, and runners employed by
            JYP FOODS INC., d/b/a  KRISTALBELLI at any  time on or after June 14, 2013
            to _____ [Insert date of Order granting 216(b)].


**RE:**     Opportunity to join a lawsuit asserting violations of the <u>Fair Labor Standards Act</u>
            and New York Labor Laws against JYP FOODS INC., d/b/a  KRISTALBELLI
            and JOON KIM (collectively, "Defendants") for their alleged failure to pay
            minimum wage for all hours worked, overtime premium compensation for all
            hours worked over forty (40) in a given workweek, as well as wage
            statement claims under New York State Law.


## I.    <u>INTRODUCTION</u>

        The purpose of this notice is to inform you of the existence of a collective action lawsuit
in which you potentially are "similarly situated" to the named plaintiff, to advise you of how
your rights may be affected by this lawsuit and to instruct you on the procedure for participating
in this lawsuit. The lawsuit at issue was filed on June 14, 2016 against defendants in the
United States District Court for the Southern District of New York. The plaintiff alleges that the
defendants violated the Federal Fair Labor Standards Act and the New York Labor Laws by
improperly failing to pay minimum wage and overtime premiums for all hours worked in
excess of forty (40) per week. The lawsuit also seeks damages for wage statement violations
pursuant to the New York Labor Laws, and seeks back pay and liquidated damages, as well as
costs and attorneys' fees. Defendants deny the plaintiff's allegations and deny that they are
liable to the plaintiff for any of the back  pay, damages, costs or attorneys' fees sought.

## II.   <u>YOUR RIGHT TO PARTICIPATE IN THE LITIGATION</u>

You have been identified as an individual who may have a claim against JYP FOODS INC., d/b/a KRISTALBELLI similar to the claim made by Plaintiff in this case. You have the right to assert that claim against JYP FOODS INC., d/b/a KRISTALBELLI in the present lawsuit. You also have the right to initiate your own lawsuit, obtain counsel of you choosing, or you may choose not to sue JYP FOODS INC., d/b/a KRISTALBELLI at all.

You may join this lawsuit (that is, you may "opt-in") by mailing the Opt-In & Consent to Join Form that is attached to this Notice to the Court at the following address:

Clerk of the Court
United States District Court Southern District of New York
500 Pearl Street
New York, NY, 10007

The Opt-In & Consent to Join Form form must be filed with the Federal Court on or before _____ [60 days from date of mailing]. If you do not return the Opt-In & Consent to Join Form before this deadline, you will not be able to participate in this lawsuit.

If you return the Opt-In & Consent to Join Form attached to this Notice to the Clerk of the Court, you are agreeing to: 1) designate the named Plaintiff as your agent to make decisions on your behalf concerning this litigation; 2) the method and manner of conducting this litigation; 3) the entering of an agreement with the named Plaintiff's counsel concerning attorneys' fees and costs; 4) and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the named Plaintiff will be binding on you if you join this lawsuit.

## III.   <u>EFFECT OF JOINING THIS ACTION</u>

If you choose to join in this case, you will be bound by the Judgment, whether it is favorable or unfavorable. The attorneys for the collective action plaintiffs are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees. If there is a recovery, the attorneys for the collective action will receive a part of any settlement obtained or money judgment entered in favor of all members of the collective action. If you sign and return the Consent to Become a Party Plaintiff form attached to this Notice, you are agreeing to designate the collective action representatives as your agents to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative plaintiff will be binding on you if you join this lawsuit. However, the Court has retained jurisdiction to determine the reasonableness of any contingency agreement entered into by the plaintiff with counsel, and to determine the adequacy of the plaintiff's counsel.

## IV.   <u>NO RETALIATION PERMITTED</u>

Federal law prohibits JYP FOODS INC., d/b/a KRISTALBELLI and JOON KIM from taking any retaliatory action against any person, including current employees, who joins or assists in the prosecution of this case. Defendants are prohibited by law from retaliating against you for exercising your rights under the Fair Labor Standards Act or New York Labor Laws.

## V.      **IMMIGRATION STATUS**

You have the right to participate in this action even if you are an undocumented immigrant. You do not need to have a record of the hours you worked in order to participate in this lawsuit.

## VI.      **FURTHER INFORMATION**

Plaintiff's Complaint and Defendants' Answer filed in this lawsuit are available for inspection at the office of the Clerk of the Court or by contacting Plaintiff's counsel at 718-808-2224 who will forward a copy to you. If you have any questions about this notice, the lawsuit, or the procedure for joining the lawsuit, you may contact Plaintiff's or Defendants' attorneys at:

Naydenskiy Law Group P.C.                    The Seltzer Law Group, P.C.
*Attorney for Plaintiff*                     *Attorney for Defendants*
1517 Voorhies Avenue, 2nd Fl.,               11 Broadway, Suite 615
Brooklyn, New York 11235                     New York, NY 10004
(718) 808-2224                               (646) 863-1909
naydenskiylaw@gmail.com                      sseltzer@slg-ny.com


THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, THE HONORABLE JESSE M. FURMAN, UNITED STATES DISTRICT JUDGE. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.

DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE.

DATED:_____, 2016

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARCO ANTONIO SANCHEZ, individually and
on behalf of all other similarly situated persons,

                                                    Index: 16-cv-4472 (JMF)


                        Plaintiffs,


JYP FOODS INC., d/b/a  KRISTALBELLI, and JOON
KIM,
                        Defendants,
----------------------------------------------------------------X

### CONSENT TO BECOME A PARTY PLAINTIFF

        By my signature below, I hereby authorize the filing and prosecution of the above
styled Fair Labor Standards Act action in my name and on my behalf by the representative
Marco Antonio Sanchez as my agent to make decisions on my behalf concerning the litigation,
the method and manner of conducting this litigation and all other matters pertaining to this
lawsuit. I understand that I will be represented by Naydenskiy Law Group, P.C. without
prepayment of costs or attorneys' fees. I understand that if plaintiffs are successful, costs
expended by attorneys on my behalf will be deducted from my settlement or judgment first. I
understand that my attorneys may petition the court for an award of fees and costs to be paid
by defendant on my behalf. I understand that the amount of the fees will be approximately 1/3
of my total settlement or judgment, or such other amount as approved by the Court.


_____          _____          _____
Printed Name                   Signature                      Date


_____          _____          _____
Street Address                 Email Address                  Telephone


_____          _____
City, State, Zip code          Approximate Dates of Employment

PLEASE RETURN THIS FORM FOR FILING WITH THE COURT BY [60 days from date of
mailing] TO:


Clerk of the Court
United States District Court Southern District of New York
500 Pearl Street
New York, NY, 10007

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARCO ANTONIO SANCHEZ, individually and
on behalf of all other similarly situated persons,

                                                                        Index: 16-cv-4472 (JMF)


                                   Plaintiffs,


JYP FOODS INC., d/b/a  KRISTALBELLI, and JOON
KIM,
                                   Defendants,
-----------------------------------------------------------------X

### REMINDER - DEADLINE TO JOIN LAWSUIT IS [insert close of opt-in period date]

        This letter is to remind you that the deadline to opt-in to the wage and hour lawsuit
currently pending against JYP FOODS INC., d/b/a KRISTALBELLI and JOON KIM is
_____ [insert close of opt-in period date].  If you want to participate in the lawsuit, as
detailed in the prior "Notice of Lawsuit with Opportunity to Join" letter that you should have
received dated___ _____, please complete the attached "Consent to Become A Party Plaintiff"
form and return to:


Clerk of the Court
United States District Court  Southern District of New York
500 Pearl Street
New York, NY, 10007


        If you have any questions about this notice, the lawsuit, or the procedure for joining the
lawsuit, you may contact Plaintiff's or Defendants' attorneys at:


Naydenskiy Law Group P.C.                    The Seltzer Law Group, P.C.
*Attorney for Plaintiff*                          *Attorney for Defendants*
1517 Voorhies Avenue, 2nd Fl.,               11 Broadway, Suite 615
Brooklyn, New York 11235                      New York, NY 10004
(718) 808-2224                                     (646) 863-1909
naydenskiylaw@gmail.com                    sseltzer@slg-ny.com

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED
STATES  DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, THE
HONORABLE JESSE M. FURMAN, UNITED STATES DISTRICT JUDGE. THE COURT
HAS TAKEN NO POSITION IN  THIS CASE REGARDING THE MERITS OF THE
PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.  DO NOT TELEPHONE
THE COURT REGARDING THIS NOTICE.


            Questions?  Please call Naydenskiy Law Group P.C. at (718) 808-2224